**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DERRICK L. HARDING,** | ) | NO. CV 09-2203-R(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING MAGISTRATE |
| | ) | JUDGE'S REPORT AND |
| v. | ) | RECOMMENDATION |
| | ) | |
| **KATHLEEN DICKINSON, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the petition, respondent's answer, the magistrate judge's report and recommendation, and petitioner's objections to the report and recommendation.

Accordingly, IT IS ORDERED THAT:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 14, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE