**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DERRICK L. HARDING,** | ) | **NO. CV 09-2203-R(CT)** |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **KATHLEEN DICKINSON, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: July 14, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE